(November 17, 1970)

Lucy M. Gilligan, Respondent, v. David Pete, Appellant.—

Concur — Markewich, J. P., Nunez, McNally and Steuer, JJ.

Willie W. Lewis, Respondent, v. Joseph Stokes et al., Defendants. Weiss, Molod & Berkowitz, Appellants.—

Concur — Stevens, P. J., Eager, McGivern, Markewich and Steuer, JJ.